## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Debi Piscitiello,                                                    Civ. No. 11-2204 (RHK/AJB)

                                                                                           **ORDER**
                    Plaintiff,

v.

Delanor, Kemper & Associates, LLC,

                    Defendant.

---

This matter is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 6). A hearing on the Motion was held on December 8, 2011, at which Defendant failed to appear. The Court has reviewed the Motion and the supporting Memorandum of Law and determines that Plaintiff is entitled to the relief requested therein.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 6) is **GRANTED**, and Plaintiff shall recover of Defendant $8,941, comprising $1,000 in statutory damages, $3,500 in actual damages, $4,035 in attorneys' fees, and $406 in costs.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: December 8, 2011                  s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge