AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Debi Piscitiello,

                Plaintiff,      **JUDGMENT IN A CIVIL CASE**

V.

                          Case Number:   11-2204 (RHK/AJB)

Delanor, Kemper & Associates, LLC,

                Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff's Motion for Default Judgment (Doc. No. [6]) is **GRANTED**, and Plaintiff shall recover of Defendant $8,941, comprising $1,000 in statutory damages, $3,500 in actual damages, $4,035 in attorneys' fees, and $406 in costs.

December 8, 2011                                   RICHARD D. SLETTEN, CLERK
Date

                                                                 s/ M. Price
                                          (By)                        MMP   Deputy Clerk