# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Debi Piscitiello,

                Plaintiff,

v.

Delanor, Kemper & Associates, LLC,

                Defendant.

Civil No. 11-2204 (RHK/AJB)

**ORDER**

---

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated June 17, 2013, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant Delanor, Kemper & Associates, LLC is found in contempt of court; and

2. Defendant is directed to pay to the Clerk of Court $100 per day for each day Defendant continues to disobey the Court's March 5, 2013 Order, until such time Defendant purges the contempt by complying with the March 5, 2013 Order.

Dated: July 18, 2013

                                              s/Richard H. Kyle
                                              Richard H. Kyle
                                              United States District Judge