UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Debi Piscitiello,

                Plaintiff,

                                      Civ. No. 11-2204 (RHK/AJB)
                                      **ORDER**

v.

Delanor, Kemper & Associates, LLC,

                Defendant.

---

      The Court having been advised that Plaintiff has received funds in satisfaction of the Judgment entered in this action, **IT IS ORDERED** that the bench warrant issued in this matter is **QUASHED** and the Court's Order for Bench Warrant (Doc. No. 30) is **VACATED**. The United States Marshal is **DIRECTED** to release Wilton Caver from custody as soon as practicable.

Dated: November 25, 2013                          s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge