A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

Debi Piscitiello

**WARRANT FOR ARREST**

V.

CASE NUMBER: **11-cv-2204 (RHK/AJB)**

Delanor, Kemper & Associates, LLC

To: The United States Marshal

and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Wilton Caver

and bring him before Chief United States Magistrate Judge Arthur J. Boylan to address his and Delanor's failures to comply with this Court's prior Orders (Doc. Nos. 18, 23, 25, 28). The United States Marshal is further **COMMANDED** to detain Caver until he purges the contempt by (1) either providing the post-judgment discovery ordered by Judge Boylan (see Doc. Nos. 18, 25) or paying the Judgment entered in this action (see Doc. No. 16) *and* (2) paying the daily sanction imposed upon Delanor by Order dated July 18, 2013 (Doc. No. 28) or explaining why Delanor lacks the ability to pay.

Ordered by:          Richard H. Kyle, United States District Court Judge.

s/Thomas S. Schappa                          November 12, 2013 at Minneapolis, MN

(By)    Thomas S. Schappa, Deputy Clerk

ARRESTED ON __11/19/13__

ARRESTED BY __USMS N-DFA__

U.S. MARSHAL
DISTRICT OF MINNESOTA

BY _____

SCANNED

DEC 0 5 2013

U.S. DISTRICT COURT MPLS

A0 442 (Rev. 5/93) Warrant for Arrest

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____       Date of Arrest: _____

_____       _____
Name and Title of Arresting Officer          Signature of Arresting Officer


ARRESTED ON ___11/19/13___
ARRESTED BY ___USMS N-D/GA___
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RECEIVED

DEC 04 2013

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Debi Piscitiello,

                              Plaintiff,

                                          Civ. No. 11-2204 (RHK/AJB)
                                          **ORDER**

v.

Delanor, Kemper & Associates, LLC,

                              Defendant.

---

The Court having been advised that Plaintiff has received funds in satisfaction of the

Judgment entered in this action, **IT IS ORDERED** that the bench warrant issued in this

matter is **QUASHED** and the Court's Order for Bench Warrant (Doc. No. 30) is

**VACATED**. The United States Marshal is **DIRECTED** to release Wilton Caver from

custody as soon as practicable.


Dated: November 25, 2013             s/Richard H. Kyle
                                     RICHARD H. KYLE
                                     United States District Judge